FILED

**NOT FOR PUBLICATION**



SEP 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PERKUMPULAN INVESTOR CRISIS CENTER DRESSEL - WBG, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> DANNY MK WONG, also known as Wong Man Kee; et al., <br><br> Defendants - Appellees. | No. 09-36059 <br><br> D.C. No. 2:09-cv-00526-JCC <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
John C. Coughenour, District Judge, Presiding

Argued and Submitted September 2, 2010
Seattle, Washington

Before: HAWKINS, McKEOWN and BEA, Circuit Judges.


We adopt the well-considered opinion of the district court and **affirm** its

judgment.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.